CAROLINA BUILDERS v. ALEXANDER SCOTT GROUP

[347 N.C. 386 (1997)]

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 126 N.C. App. 511, 485 S.E.2d 893 (1997), affirming an order entered by Johnson (E. Lynn), J., on 27 November 1995 in Superior Court, Moore County, which allowed defendant's motion to dismiss pursuant to N.C. R. Civ. P. 12(b)(6). Heard in the Supreme Court 17 November 1997.

*Robbins May & Rich, L.L.P., by P. Wayne Robbins and Carol M. White, for plaintiff-appellant.*

*Kitchin, Neal, Webb & Futrell, P.A., by Stephan R. Futrell, for defendant-appellee.*

PER CURIAM.

For the reasons stated in the dissenting opinion for the Court of Appeals by Greene, J., the decision of the Court of Appeals is reversed. The case is remanded to the Court of Appeals for further remand to the Superior Court, Moore County, for further proceedings not inconsistent with said dissenting opinion.

REVERSED AND REMANDED.

═══════════

CAROLINA BUILDERS CORPORATION v. THE ALEXANDER SCOTT GROUP, LTD. D/B/A ALEXANDER SCOTT HOMES, AND DEBORAH L. RUGGLES, AND DAVID A. RUGGLES, AND FIRST UNION MORTGAGE CORPORATION, AND JAMES A. ABBOTT, TRUSTEE, AND LARRY B. GOLDSTEIN, AND RICKI F. GOLDSTEIN, AND AMERICA'S WHOLESALE LENDER, AND COUNTRYWIDE TITLE CORPORATION, TRUSTEE, AND ROBERT C. MONTGOMERY, AND MARY ANNE MONTGOMERY, AND PREMIER MORTGAGE CORPORATION, AND RICHARD WARREN, TRUSTEE, AND A. TROY BARKSDALE, AND MARY JANE BARKSDALE, AND NATIONSBANK OF NORTH CAROLINA, N.A., AND TIM, INC., TRUSTEE, AND MICHAEL P. BERNARD, AND GAIL G. BERNARD, AND FIRST UNION NATIONAL BANK OF NORTH CAROLINA, N.A., AND THOMAS E. MUSE, TRUSTEE, AND GREGORY A. QUINTANO, AND THERESA A. QUINTANO, AND JIA LIN CHEN AND HUI YU YANG, A/K/A HUIYU YANG, AND PNC MORTGAGE CORP. OF AMERICA, AND CRAIG & BRISSON, P.A., TRUSTEE, AND DANIEL J. MCCANNA, AND DONNA E. MACCANNA, AND BANK PLUS MORTGAGE CORP., AND DAVID B. CRAIG, TRUSTEE, AND BRUCE R. THORNE, AND CYNTHIA JOYCE THORNE, AND RYLAND MORTGAGE COMPANY, AND WALTER Z. RIGSBEE AND INGRID E. STEGMILLER, TRUSTEES, AND LARRY H. NEWELL, AND JESSIE T. HAGINS, AND LENA HAGINS, AND JAMES WILLIAM APPLEWHITE, III, AND KAREN APPLEWHITE, AND ASHTON MORTGAGE COMPANY, AND LARRY E. ROBBINS,

## CAROLINA BUILDERS v. ALEXANDER SCOTT GROUP

[347 N.C. 386 (1997)]

TRUSTEE, AND ROBIN LEE O'CONNOR-SEMMES, AND KARL WILLIAM SEMMES, AND GMAC MORTGAGE CORPORATION OF PA, AND DONALD L. MORSE AND GAIL STEIN, TRUSTEES, AND THOMAS H. THOMPSON, AND KARLA L. THOMPSON, AND MARY S. MOKATE, AND MORTGAGE CHOICE, INC., AND CHARLES G. BEEMER, TRUSTEE, AND ANTHONY J. ROBERTO, AND DEBRA D. ROBERTO, AND SANDRA ELIZABETH MUTH, AND NORWEST MORTGAGE, INC., AND SPRUILLCO, LTD., TRUSTEE, AND JAMES D. ADDISON, AND SHANLYN S. ADDISON, AND BLAKE E. MILLINOR, AND LEWIS H. NAGLER, AND BARBARA A. NAGLER, AND ATLANTIC RESIDENTIAL MORTGAGE CORPORATION, AND STANLEY W. BURDETTE AND EDWARD A. KOUNESKI, TRUSTEES, AND ROBERT P. SHREWSBURY, AND LAURA S. SHREWSBURY, AND WOODROW T. ROBERSON, AND BRENDA M. ROBERSON, AND PHH U.S. MORTGAGE CORPORATION, AND FIRST AMERICAN TITLE INSURANCE CO., TRUSTEE, AND INVESTORS TITLE INSURANCE COMPANY, AND MICHAEL J. LOPAZANSKI, AND SUZANNE LAZORICK, AND MICHAEL D. LEVINE, TRUSTEE

No. 122PA97

(Filed 5 December 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 125 N.C. App. 615, 483 S.E.2d 195 (1997), affirming a judgment entered 11 December 1995, *nunc pro tunc* to 2 October 1995, by Stephens (Donald W.), J., in Superior Court, Wake County. Heard in the Supreme Court 17 November 1997.

*Smith Debnam Hibbert, L.L.P., by Caren D. Enloe, for plaintiff-appellee.*

*Reynolds & Pendergrass, P.A., by James K. Pendergrass, Jr., and Ted R. Reynolds, for defendant-appellants Deborah and David Ruggles; First Union Mortgage Corp.; James Abbott; Larry and Ricki Goldstein; America's Wholesale Lender; Countrywide Title Corp.; Troy and Mary Jane Barksdale; NationsBank of N.C., N.A.; TIM, Inc.; Gregory and Theresa Quintano; Jia Lin Chen; Hui Yu Yang; PNC Mortgage Corp. of America; Craig & Brisson, P.A.; Bank Plus Mortgage Corp; David Craig; Larry Newell; Jessie and Lena Hagins; James and Karen Applewhite; Ashton Mortgage Co.; Larry Robbins; Robin O'Connor-Semmes; Karl Semmes; GMAC Mortgage Corp. of PA; Donald Morse; Gail Stein; Thomas and Karla Thompson; Mary Mokate; Mortgage Choice, Inc.; Charles Beemer; Anthony and Debra Roberto; Sandra Muth; Norwest Mortgage, Inc; Spruillco, Ltd.; James and Shanlyn Addison; Lewis and Barbara Nagler; Atlantic Residential Mortgage Corp.; Stanley Burdette; Edward*

TAYLOR v. NATIONSBANK CORP.

[347 N.C. 388 (1997)]

*Kouneski; Robert and Laura Shrewsbury; Investors Title Ins. Co.; Michael Lopazanski; Suzanne Lazorick; and Michael Levine.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

———

JOSEPH McKINLEY BRYAN TAYLOR, INDIVIDUALLY, AND AS GUARDIAN AD LITEM OF JOSEPH McKINLEY BRYAN TAYLOR, JR., AND MARTHA CAROLINE McKELLAR TAYLOR, MINORS; AND MARY PRICE TAYLOR, INDIVIDUALLY v. NATIONSBANK CORPORATION, FORMERLY N.C.N.B. NATIONAL BANK OF NORTH CAROLINA; E.S. MELVIN; AND CAROLE W. FEE BRUCE, TRUSTEES

No. 161PA97

(Filed 5 December 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 125 N.C. App. 515, 481 S.E.2d 358 (1997), affirming a judgment entered by Rousseau, J., on 3 June 1996 in Superior Court, Guilford County. Heard in the Supreme Court 18 November 1997.

*Tharrington Smith, L.L.P., by Wade M. Smith, Roger W. Smith, and Randall M. Roden, for plaintiff-appellees.*

*Smith Helms Mulliss & Moore, L.L.P., by James G. Exum, Jr., Larry B. Sitton, and Robert R. Marcus, for defendant-appellants.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice FRYE did not participate in the consideration or decision of this case.